UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Rovanna Lashauna Bishop                              Docket No. 5:15-CR-44-1FL

**Petition for Action on Supervised Release**

COMES NOW Robert L. Thornton, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Rovanna Lashauna Bishop, who upon an earlier plea of guilty to Possession of Stolen Mail, in violation of 18 U.S.C. § 1708 and Bank Fraud, in violation of 18 U.S.C. § 1344(1) and (2), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on August 13, 2015, to the custody of the Bureau of Prisons for a term of 13 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

    Rovanna Lashauna Bishop was released from custody on November 16, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted a urine sample on December 14, 2015, which tested positive for marijuana. She also submitted a urine sample on December 21, 2015, which tested positive for marijuana and cocaine. The defendant admits to this drug use. She is involved in substance abuse and mental health counseling. As a sanction for this drug use, we are recommending the defendant complete 30 hours of community service. Additionally, the defendant is currently unemployed and is seeking a job. It is therefore recommended that the defendant's monthly restitution payments be reduced from $75.00 to $50.00. We will continue to monitor the defendant's ability to pay restitution. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 30 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

2. The defendant shall $50.00 each month towards the restitution obligation.

Except as herein modified, the judgment shall remain in full force and effect.

                                         I declare under penalty of perjury that the foregoing is true and correct.

                                         /s/ Robert L. Thornton
                                         Robert L. Thornton
                                         Supervising U.S. Probation Officer
                                         310 Dick Street
                                         Fayetteville, NC 28301-5730
                                         Phone: 910-354-2535
                                         Executed On: January 25, 2016

**Rovanna Lashauna Bishop**
**Docket No. 5:15-CR-44-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __25th__ day of __January__, 2016 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge